531 GRAY vs. CIRCUIT JUDGE (Saginaw), 49 M., 628.

Mandamus to compel amendment of judgment in replevin so as to require return of the property.

Denied June 16, 1883, where the application was not made until several terms of court after execution had been satisfied, nor until a new judge was elected.

532 BURT vs. CIRCUIT JUDGE (Wayne), No. 15630.

To compel respondent to permit an amendment to the record in a suit in which relator, the defendant therein, had recovered a judgment for costs, correcting the name of one of the plaintiffs.

Order to show cause granted May 26, 1896. Discontinued after return filed June 3, 1896.

533 MINOR vs. CIRCUIT JUDGE (Wayne), No. 14700.

To compel the vacation of an order changing a judgment entry.

Denied February 28, 1895, with costs.

Relator, a non-resident, sued S. in Justice Court. S. gave notice of set-off, and recovered a judgment of $87.00. Plaintiff appealed and had a verdict for $4.40. Judgment was entered for the amount with full costs. Upon application such judgment was vacated and a judgment without costs to either party was entered. The circuit judge returned that, in directing the first judgment entry he had overlooked the matter of costs and had intended to deny costs to either party.